UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 15-9228 DSF (Ex) | Date | 12/17/15 |
|---|---|---|---|
| Title | Carmen Aviles v. Bank of America, N.A., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order REMANDING Case

This case was removed from state court based on diversity jurisdiction. However, there is no legally sufficient allegation of the citizenship of the two LLC defendants. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen). Therefore, the case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.